IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
PLAINTIFF

V.

CIVIL ACTION #
10 - 646

WARDEN PERRY PHELPS
Deputy Warden DAVID Pierce
Deputy Warden chris Klien
MAJor JAMes ScArborough
CAPTAIN MArcello Rispoli
S/LT. KAren HAwKins
LT. FurMAN
Ronald Hosterman



FILED
AUG - 2 2010
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMPLAINT

FIRST CAUSE OF ACTION

1. KEVIN C. BRATHWAITE, IS AN inMate at
the JAMes T. VAughN Correctional center.

2. The defendANts Are employees of the
DelAware DepArtment of Corrections
And Are Assign to the J-T-V-C-C.

(A)

3. These defendants Are being sued in their individual And official Capacities As they Were Not performing their duties under the Color of State law

4. The defendants Are As Follows:

WArden Perry Phelps
J. T. V. C. C.
1181 Paddock Rd
Smyrna De.
   19977

Deputy WArden DAVid Pierce
J. T. V. C. C.
1181 PAddock Rd.
Smyrna De.
   19977

Deputy WArden christopher Klien
J. T. V. C. C.
1181 Paddock Rd
Smyrna De.
   19977

Ⓑ

MAJOR JAMES SCArborough
J. T. V. C. C.
1181 Paddock Rd.
SMyrNA De
19977

CAPT. MARCELLO RISPoli
J. T. V. C. C.
1181 Paddock Rd
SMyrNA De
19977

S/LT. KAreN HAWKINS
J, T. V. C. C.
1181 Paddock Rd
SMyrNA De.
19977

LT.      FurMAM
J. T. V. C. C.
1181 Paddock Rd
SMyrNA De
19977

RoNAld HoSTerMAN
J. T. V. C. C.
1181 Paddock Rd.
SMyrNA De.
19977

## STATEMENT OF CLAIM

For Almost Seven (7) years from 2004 thru 2010, KEVIN C. BRATHWAITE has been housed in the security housing unit on the "remain in S.H.U" list. And throughout this time he has Never received a proper legal classification hearing, which is required for due process. He was ordered to complete the S.H.U programs and go through a level and point system which determines how an inmate is housed and also determines the amount of privileges an inmate is allowed to have. The warden and his designees are required by law to review each inmate on a monthly basis to determine if the inmate has fullfilled his obligations, under the points and level system. Even though Kevin C. Brathwaite has completed every S.H.U. program four (4) times. And reached the required points to be housed in general

(1)

Population, Warden Perry Phelps, ~~and~~ deputy Warden Prerce, and Major Scarborough, refuse to allow the counselors to give him a proper classification hearing. A legal annual classification hearing and a legal monthly review is required by law. And to be placed on the "remain in S.H.U." list or admistrative segregation without being classified annually and reviewed monthly, is violation of Kevin c. Brathwaite's right to due process, double jeopardy and his right to be free from cruel and unusual punishment.


On or about April, 11," 2008 while being housed at the J.T.V.C.C. in the security housing unit, S.H.U. Kevin c. Brathwaite, was told by the building SGT. that She had received a phone call and that an order was given by deputy Warden Pierce and or Major Scarborough that

KEVIN C. BRATHWAITE, WAS to be
Fired From his job. AND that
the the terminATION WAS to
take effect immediately. He had
held his job for almost two (2)
years AND when he asked why
he WAS being Fired. The reason
he WAS given, WAS just that
deputy WArden pierce AND MAjor
ScArborough said that he WAS
not allowed to Work Anymore.
AND that they had given the
order to Fire him. The legAl
employment protocol clearly requires
that Anytime AN inmate is
terminAted At Anytime, due
process is required. Unless the
inmate has CAused AN emergency
situation which requires him to
be secured. After ten (10) months
of Submitting grievances And
writing letters to wArden phelps,
deputy WArden Pierce, MAjor ScArborough,
RonAld Hosterman AND Kenneth
Milborne, to Attempt to rectify
this problem, All Attempts
were ignored.

(3)

AND ON MAY, 10th, 2009 Kevin C. Brathwaite WAS hired for the Same job AND approximately two (2) days later he WAS told by the bldg SGT. THAT S/LT. HAWKINS called the building AND said that she did not WANT Kevin C. Brathwaite to have A job. Then ONCE AGAIN ON MARCH, 19th, 2010 Kevin C. Brathwaite was hired for the same job. AND AGAIN two (2) days later he WAS told that S/LT. HAWKINS called the bldg AND said that she does not WANT him to have A job. The actions of S/LT. HAWKINS violated the inmate employment protocol which requires that due process be followed anytime an inmate is terminated. AND these continuous actions clearly shows deliberate indifference.

(4)

ON October, 17th, 2008, Kevin
C. Brathwaite while being housed
in the Security housing unit (S.H.U)
Bldg - 17 - Cell - B-L-8, LT. Neal
AND LT. De jesus came to his
Cell AND told him that the
Captain wanted to talk to him
Up Front. After being handcuffed
with two (2) sets of handcuffs
AND shackled, Kevin C. Brathwaite
was taken directly to the "hole"
in Bldg - 18 AND placed into Cell-
C-L-11. He was then told that
he was being placed in the hole
becauce he still owed Fifty
Seven days (57) back up hole
time From 2 incidents that
had occured back in 2004. AND
that the order was given by
Captain Rispoli. AND he was
told that during his hole time
he would not be receiving ANY
visits or ANY other privileges
including recreation. After
Spending twelve (12) in the
hole, Kevin C. Brathwaite was
Able to prove that he had

(5)

Already completed all of his hole time over three (3) years prior. At which time he was taken out of the hole. Captain Rispoli violated his right to be free from double jeopardy and to be free from cruel and unusual punishment.

Kevin C. Brathwaite has been suffering from chronic shoulder injuries for years. Which causes him severe pain anytime his right arm is pulled back too far. So since 2000 there has always been a memo issued by the medical department that stated, that if at anytime Kevin C. Brathwaite needed to be handcuffed, security would need to use double cuffs. And after eight (8) years of this memo being renewed annually, deputy Warden Klein, took it upon himselve to ignore the Medical Memo and cause Kevin C. Brathwaite pain and suffering on a daily basis

AND From November, 2008 thru
March, 2009, the unjustified
acts of deputy Warden Klein
and Major Scarborough, caused
this Plaintiff to be denied
Visits, recreation, showers, medical
Appointments phone calls, and legal
calls. This Abuse is a clear
violation of his right to be free
from cruel and unusual punishment,
deliberate indifference and
pain and suffering.

# AFFIDAVIT

Since the year 2004 I have been housed in the Security housing unit (S.H.U) on the "remain in S-HU" list. AND every october when I am due For A classification hearing. one of the counselors comes to my cell door AND tells me that I am still on the "remain in S.H.U" list. AND I am never given A classification hearing. And I have always been told by the counselors, that the only way that I can be removed from the "remain in S.H.U." list is to be active in the S-H.U. programs AND to get my points down to the required points under the "point system". AND that anyone that has Seventeen (17) points or more must remain in the S.H.U. Thirteen (13) points thru Sixteen (16) points are for inmates that are housed in the maximum housing units (MHU) AND that inmates with Twelve points (12) or lower

Are to be housed in general
population. I have seven (7) points
and my points can never get any
lower. I have completed ever
S.H.U. program four times in the
past 6½ years and there is
nothing more that I can do.
I've written numerous letters
to warden Phelps, deputy warden
Pierce and major Scarborough, in
attempts to get answers as to
why I have to stay in the S.H.U.
and all of my letters have
been ignored. over the years I
have filed grievances regarding
this matter and every grievance
is deemed to be non-grievable.
As recently as June, 2010 I have
even written a letter to the
governors office to let them
know what is going on here. And
I received a response from the
governors office to let me
know that my letter had been
received and that it has been
forwarded to the dept. of
Correction for their response.

But I know that no response will be forthcoming. Throughout my time on the "remain in S.H.U." list I have Not receive A Monthly review As is required. AND I have Not had ANYtype of due process what So ever.

IN November, 2008 I WAS Seen by the Nurse practitioner, LISA Sugar to have my medical memo renewed for my chronically injured shoulder As I've done Since, 2000. AND Nurse sugar renewed my Memo, which requires that double-cuffs be used ANYtime handcuffs Are "Neccessary". AND For Some reason unknown to me, deputy Warden Klein denied my Medical Memo. AND S/LT. HAWKINS issued A memo that stated that I am Not to be double cuffed Anymore. I hadn't done anything wrong. Nor WAS I Accused of ANY type of disciplinary Action to deem this abuse Neccessary. And in the S.H.U. inmates

(13)

have to be handcuffed Anytime they
Come out of their cells. And
everytime I tried to let the officers
Use one (1) set of cuffs I could
Feel and hear the bones in my
shoulder pop up and grind together.
The swelling was so bad that A
Few of the officers would let
Me take A shower by bringing
me From my cell to the shower
by handcuffing me in the Front
instead of behind my back. But
they were reprimanded by their
Superiors for Not following orders.
And one one occassion After
being put in the shower with
the handcuffs in Front because
my shoulder was Swollen. LT.
Furman told me that I had
to go back to my cell with
only one handcuff and I would
be cuffed behind my back.
And if I refused, he would
have me physically removed From
the shower. So while LT. Furman
Stood there in Front of the
shower And watched, he ordered

(11)

the two officers to bend my arms back and force the one set of handcuffs on me, no matter what. At which time I was not going to risk being written up for a frivolous disciplinary report. So I had to painfully comply with the order to turn around to be cuffed with one set of cuffs. I could see from the expression on the officers faces that they did not agree with what they were being forced to do. And I know that if I would not have complied, then LT. Furman would have followed through with his threat to call the Q.R.T. and forcefully handcuff me with the one set of cuffs. Then I would have ended up in the hole with a disciplinary report. After I was forcefully squeezed into the one (1) set of cuffs and taken out of the shower. I was put back in my cell. And a few minutes later my shoulder swelled up to about the size of volley ball.

(12)

AND the tier officer immediately
called the nurse to the building.
When Nurse Betty arrived, she
was told that she could not come
on the tier. LT. Furman told
her that he would bring me out
to the nurses station so she
could examine my shoulder. Then
LT. Furman came to get me to
bring me out to see the nurse.
But he told me that I would
not be allowed to see the nurse
unless I agreed to come out
of my cell with one (1) set
of cuffs on. At which time I
was in entirely too much pain.
So LT. Furman went and told
the nurse Betty that I had
refused treatment. Which was a
lie. AND Nurse Betty left the
building without looking at my
shoulder. After that incident I
did not come out of my cell
for any reason at all because it
was just too painful. I even
had to take showers in my

(13)

Cell by using bowls of water to pour over my head so that the water could run down my whole body. It took so many bowls of water to clean myself properly, that the water would run out of my cell under the door. Which resulted in me being written up for getting the floor wet. But I had to maintain my personal hygiene by any means neccessary. On February, 5th, 2009 After three (3) months of staying in my cell twenty four (24) hours per day. DR. McDonald came to the building to see me. And when I did not come out to the medical office to see him with one (1) set of cuffs on, he called the wardens office to tell him that he needed to see me. And the warden ordered the building officer to bring me out to see the doctor with two (2) sets of cuffs. DR. McDonald examined my shoulder and measured the distance that my shoulder could be pulled

(14)

bACK without pAiN. AND he determined
that one set of handcuffs would be too
painful. DR. McDonald Also ordered X-rays.
AND the X-rays clearly showed that there
WAS damage done to my shoulder. My
should is in such a state of disrepair
that the crotizone injection treatment
I received in 2008 did not work.
From November, 2008 thru march, 2009
I wrote letters to Warden phelps,
deputy Warden Pierce, deputy Warden
Klein, Major Scarborough, S/Lt. Hawkins,
Lt. Harvey, Lt. Furman, Lt. Seacord,
AND CPL. Dutton. AND All of my
letters were ignored. As was All
of my grievances. I later Found
out that inmate, Thomas Capano
Also had a medical memo For double
cuffs. AND nobody interfered with his
memo. AND when I brought it to the
Administrators Attention that my
Should disability WAS much worse
than capano's. After nearly Four(4)
Months of staying in my cell for
twenty four (24) hours per day to Avoid
the pain caused by these defendants.
A solution WAS Finally ordered to
remedy the problem.

(15)

ON or About April, 10th, 2008  While being
housed in the security housing unit (S.H.U)
I WAS told by the bldg - SGT, that
She has received a phone call from
her superiors And was told that I
was to be fired from the tierman
job that I had held for Almost
two (2) years. And that the order
for termination had been given
by deputy warden pierce and Major
Scarborough. When I asked the
bldg SGT. What I did to be fired,
She stated "I don't know". The
protocol for termination from a
job requires that an inmate be
given due process. And due
process was not followed. After
Many Attempts to utilize the
Administrative remedy's at my
disposal. Most of My grievances
And letters were ignored, And
deemed non grievable.
Once Again I was given a job
on or About MAY, 10th, 2009 And two
(2) days later the bldg Supervisor
CAme and told me that S/CT-
HAwKINS CAlled the bldg And

(16)

SAID that I WAS to be fired
immediately. No reason WAS ever
given for the termination.
AND AGAIN I WAS given the
job on or about March, 19th, 2010.
AND once again two (2) days
later the bldg SGT. Came and
told me that S/LT. HAWKINS told
her that I WAS to be fired
immediately. No reason WAS ever
given AND NO due process WAS
ever followed.

ON october, 17th, 2008 LT. Neal AND
LT. DeJesus came to my cell while
I WAS in the security housing unit
S.H.U. bldg - 17 - B - L - 8. They told me
that someone needed to speak to
me up in the front. After I WAS
handcuffed with two (2) sets of
handcuffs AND shackled, I WAS
escorted directly to the hole,
in bldg -18 - C - Tier. I WAS told
that I owed Fifty Seven (57)
day backed up hole time for
incidents that had occured in
2004. They said that this order

to put me in the hole for 57 days
had been ordered by Captain Rispoli.
At which time I showed All of
Neccessary paperwork to every
Area Lieutenant on every shift.
AND every Lieutenant told me
that they Already Knew that my
paperwork was correct. And that
I had Already done All of my
hole time three (3) years prior
because they had Already checked
the computer. AND All of the
lieutenants went on to say that
they had Already spoken to
Capt. Rispoli About the Situation.
AND capt. Rispoli Said that I to
do the hole time Again. After
Spend eleven (11) days in the hole
I finally went through the bldg
officer and she took my paperwork
directly to the Security chief. At
Which time I was let out of
the hole After eleven (11) days
With no recreation, visits, mail or
Any other Activities.

I Affirm this statement to be
true Under the penalties of pejury

Kevin C. Brathwaite
315294
1181 Paddock Rd
Smyrna De.
19977

# RELIEF SOUGHT

THIS PLAINTIFF REQUEST THE FOLLOWING RELIEF:

1. These defendants be ordered to pay one thousand Dollars ($1,000) per day that this plaintiff was illegally held in Administrative Segregation without the proper due process and monthly status reviews

2. These defendants be ordered to pay five hundred Dollars ($500) per day for each day that this plaintiff was illegally terminated without due process

3. These defendants be ordered to pay one thousand Dollars ($1,000) per day ~~that~~ for each day that this plaintiffs illegally spent in the hole, while being subjected to double jeopardy

4. These defendants be ordered to pay one thousand Dollars ($1,000) per day for each day that this plaintiff was denied recreation, mail, phone calls and other privileges while being subjected to double jeopardy

5. These defendants be ordered to pay Five HUNDRED THOUSAND DOLLARS ($500,000) for deliberately causing this plaintiff unreasonable pain and suffering and undue hardship by deliberately and maliciously ignoring his disability.

6. These defendants be ordered to pay ONE MILLION DOLLARS ($1,000,000) in punitive damages.

7. These defendants be ordered to pay any other relief that this Court deems fit and proper.

