IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
PLAINTIFF

V.   CIVIL ACTION # 10-646-G.M.S.

PERRY PHELPS, WARDEN
DR. DESROSIERS,
CAROL BIANNCHI, NURSE, et al.



SECOND AMENDMENT OF COMPLAINT

Now comes the plaintiff, KEVIN C. BRATHWAITE, requesting that this honorable court allow him to amend the above mentioned Complaint to include defendants DR. Desrosiers and nurse Carol Biannchi.

To support this request this plaintiff state the following:

1. Medical provider DR. Desrosiers and nurse carol biannchi are responsible for the duties of medical care and to prescribe and distribute medication.

that [illegible] [illegible] of handcuffs [illegible] the plaintiff when [illegible] seat, due to the shoulder injury. And Dr. Desrosiers also stated that she has monitored this plaintiff [illegible] and nothing was wrong with the shoulder. These statements by Dr. Desrosiers to assist the security staff with their efforts to cause this plaintiff pain and suffering and undue hardships. After four and a (4½) half months of pain and suffering, and undue hardships, this plaintiff was able to prove that Dr. Desrosies did not tell the truth. And security continued their efforts to cause this plaintiff harm.

After this plaintiff was sent to the Dover Medical Center to be diagnosed for the chronic back pain. The back specialist was able to determine that this plaintiff has extensive damage to the disc in his back. And the back specialist told this plaintiff that the back pain is non reversible due

14

to the amount of time that it took for an M.R.I. and a diagnosis. Too much debris has grown around the disc. And surgery is no longer an option. So the doctor wrote an order for the current pain medication to be doubled. And an anti inflammatory medication was also ordered to keep the swelling down around the injured disc, and a firmer mattress was also ordered. But Dk. Desrosiers chose to disregard the orders of the back specialist. And refuse to allow this plaintiff anything that could alleviate his pain and suffering. This deliberate indifference is a clear violation of this plaintiff's constitutional rights.

On several occasions during times that nurses pass out and distribute medication. This plaintiff has been given the wrong medication by mistake. So the medical staff started to require that the nurses crush up inmates medication into powder before it is given out. But after

(5)

the nurses constantly made mistakes with the medication, this plaintiff filed a grievance and requested that any time he is given a pill that needs to be crushed up before he gets it, he needs to see the pill before it is crushed up, so he can be sure that he is getting the correct medication. So the grievance representative came to see this plaintiff and told him that he was absolutely right. He should be allowed to see what he is taking before it gets crushed up. And this plaintiff agreed to sign off on the grievance because it had be resolve. Now eight months later Nurse Carol starts crushing up the medication in another building and then brings the crushed up powder to this plaintiff's door and tells him to take it. After five (5) weeks of filing more grievances and making complaints to the staff, I don't get any relief. Dr. Desrosiers then tells the nurses to discontinue my medication all together. The only nurse that did not comply with the proper way to distribute the

(4)

## AFFIDAVIT

Since the year 2000 the medical department has known that I have a very bad shoulder pain issue. And as a result they have renewed the memo that requires security to use two (2) sets of handcuffs anytime they feel the need to use handcuffs on me. There has never been any type of problems or issues that would require security to have to change the requirements of the medical memo. After years of the memo being renewed annually. The medical department tried to renew the memo. And the security staff refused to allow the medical memo to be enforced. In the summer of 2008 the pain in my shoulder had gotten so bad that I had to undergo crotizone injection treatment. Since Dr. Desrosies did not know how to perform the injection treatment a specialist was brought in to perform the treatment. The crotizone injection treatment

(5)

was done by the specialist in the presence of Dr. Desrosiers and two (2) other medical staff. The treatment did not work due to the fact that I had a degenerative joint disease in my shoulder. Which causes the bones in my shoulder to grind together when it moves. In November, 2008 when it was time for the memo for two (2) sets of cuff to be renewed, Deputy Warden Klien refused to allow the memo to be enforced. And due to the medical memo not being enforced, I was subjected to enormous amounts of pain and suffering. And this caused me to have to stay in my cell for approximately four and a half months. I had to shower in my cell by using bowls of water to pour over myself. I couldn't come out for visits, recreation, phone calls, grievance hearings or any activity that required me to leave my cell. On February, 5, 2009 Dr. McDonald called the deputy wardens office and

(6)

demanded that he be Allowed to see me. So I was taken out of my cell with the two (2) sets of handcuffs that DR. McDonald said was necessary. And I was taken to the medical station to been seen. DR. McDonald took the time to measure how far the range of motion in my shoulder Allowed my Arms to go back. And he determined that the two (2) sets of handcuffs were the only way that I would not be subjected to Any pain or discomfort.

But the medical memo was still not being enforced. Because DR. Desrosiers lied And told the counselor And the other staff that their was nothing wrong with my shoulder, eventhough All of the X-ray results clearly showed that I had degenerative joint disease in my shoulder. After many months, I was Able to prove that DR. Desrosier lied, And security started complying with

(10)

The Medical Memo to use two (2) sets of handcuffs whenever handcuffs are necessary. But due to DR. Desrosiers lies, I was subjected to months of pain and suffering.

After complaining of having severe back pain for several years, I was finally examined by DR. AMI. And as a result I was given some type of pain medication and sent out to the Dover Medical Center and I was seen by a back pain specialist. DR. Deshuttle ordered an M.R.I and said he would see me again after the M.R.I results returned. After waiting many months, I was finally given the M.R.I by the Medical Staff at this facility. And after waiting many months to receive the M.R.I results I submitted two (2) more sick call request forms in attempts to get the results. Finally in June, 2010 I was seen by DR. AMI. And after she read the results, she re-ordered my pain medication and made an appointment for me.

(11)

to go back to the Dover Medical Center to be seen by the back specialist. On August, 30th, 2010 I was sent back to the Dover Medical Center to be seen by DR. Deshottle. After DR. Deshottle reviewed the M.R.I Results, he told me that I had extensive damage on the disc in my back. And due to the length of time that has lapsed since the injury occured, surgery was no longer an option. Because too much debris has grown around the injury. So DR. Deshottle ordered that my pain medication be doubled, an anti-inflammatory medication to keep the swelling to a minimum around the injured disc. And he also ordered that I be allowed to have a firmer mattress. After realizing that the new medication order and mattress order had not been filled, I submitted a medical grievance on Sept, 6th 2010. On October, 6th, 2010 I had the grievance hearing and my request that the medication and mattress order be filled was denied.

(12)

Because, I quote:
(Consult recommendations reviewed by dr. Desrosiers on 10/5/10 and she requested that inmate be scheduled for follow-up to discuss consult recommendations.)
The very next day on 10-8-10 I saw Dr. Desrosiers in the hallway and I asked one of the officers to please take the grievance paperwork and ask her about what she told the grievance department. And she lied and said that she doesn't know what the grievance department is talking about. And on October, 13th 2010 Dr. Desrosiers conspired with Nurse Carol Biannchi and discontinued all of my pain medication. Due to their conspiracy to cause me harm, I have been in constant pain. I have filed emergency grievances and regular grievances. And these matters have not been resolved.

I am making this statement under the pains and penalties of perjury.

Dated: Oct, 13th, 2010                    Jennifer

## RELIEF SOUGHT

THIS PLAINTIFF REQUEST THE FOLLOWING RELIEF

1. That these defendants be ordered to pay one hundred thousand dollars ($100,000) each for undue hardship and deliberate indifference.

2. That these defendants be ordered to pay one hundred thousand dollars ($100,000) each for pain and suffering.

3. That these defendants be ordered to pay one hundred thousand dollars ($100,000) for mental anguish.

4. That these defendants be ordered to pay three hundred thousand dollars ($300,000) in punitive damages.

5. That these defendants be ordered to pay any other relief that this court deems fit and proper.