

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

APRIL 28, 2023

**VIA CM/ECF**

U.S. Circuit Judge Stephanos Bibas
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: ***Brathwaite v. Phelps, et. al.,*** C.A. No. 10-cv-646-SB

Dear Judge Bibas:

Pursuant to the Court's oral order (D.I. 287), the parties jointly submit the following:

(i) the Parties have reviewed the record and agree that it does not appear that either party has submitted a jury demand;

(ii) Plaintiff, therefore, intends to file a Motion for Jury Trial in the coming week;

(iii) the Parties have met and conferred on the subject, and Defendants will oppose this Motion for Jury Trial.

Counsel is available should the Court have any questions.

Respectfully submitted,

                                                */s/ Andrew DeMarco*
                                                Andrew DeMarco (No. 6736)

                                                */s/ Nicholas Picollelli*
                                                Nicholas Picollelli (No. 6317)

cc:     Counsel of Record (via CM/ECF)