# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN C. BRATHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>PERRY PHELPS, ET AL.,<br><br>Defendants. | C.A. No. 10-646-SB |

## STIPULATION OF DISMISSAL

The undersigned parties hereto stipulate and agree that the above-captioned matters be dismissed with prejudice.

/s/ *Andrew P. DeMarco*
Andrew P. DeMarco (#6736)
Devlin Law Firm LLC
1526 Gilpin Ave.
Wilmington, DE 19806

*Counsel for Plaintiff*

/s/ *Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr. (#6317)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

*Counsel for DDOC Defendants*

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
The Honorable Stephanos Bibas